RECEIVED
IN LAKE CHARLES, LA

MAY 25 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PIERRE LOUIS CABNER** | : | **DOCKET NO. 2:05-cv-2003**<br>**Section P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Upon agreement of counsel,

IT IS ORDERED that petitioner be released to an Order of Supervision if he is not removed from the United States within 30 days from the date of this Judgment.

IT IS FURTHER ORDERED that this case be CLOSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE